CATHERINE E. AROSTEGUI, SBN 118756
CHRISTOPHER HAMMER, SBN 272543
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:	(916) 325-2100
Facsimile:	(916) 325-2120
Email:	CArostegui@beesontayer.com
	CHammer@beesontayer.com

Attorneys for Plaintiff
NORTHWEST ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AT SACRAMENTO

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>                               Plaintiff,<br><br>           v.<br><br>M & M BUILDERS SUPPLY, INC.,<br><br>                               Defendant. | Case No. 2:13-mc-00092-GEB-CKD<br><br>**ORDER REQUIRING EXAMINATION OF JUDGMENT DEBTOR M & M BUILDERS SUPPLY, INC.**<br><br>Date:        May 6, 2015<br>Time:       10:00 a.m.<br>Location:   United States District Court<br>                  Robert T. Matsui Courthouse<br>                  501 "I" Street.<br>                  Courtroom 24<br>                  Sacramento, CA  95814<br>Judge:       Carolyn K. Delaney |

Plaintiffs and Judgment Creditor NORTHWEST ADMINISTRATORS, INC. ("Judgment Creditor"), having moved the Court for an Order requiring Defendant and Judgment Debtor M & M BUILDERS SUPPLY INC. to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised,

It is ORDERED that SHAWN KELLEY, on behalf of Judgment Debtor M & M BUILDERS SUPPLY, INC., appear on May 6, 2015 at 10:00 a.m. at the United States District Court, Eastern District of California at Sacramento, 501 "I" Street, Courtroom 24, Eighth Floor, Sacramento, California 95814, to answer questions concerning Defendant's real and personal property.

No later than April 22, 2015, plaintiff shall serve a copy of this order on Shawn Kelley and shall file a proof of service reflecting said service.

Dated: April 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**